# ST. LOUIS & SOUTH EASTERN RAILWAY COMPANY, use, etc.

## v.

## AARON G. CLOUD.

ERROR THAT WILL NOT REVERSE.—The court is of opinion that the errors assigned are not sufficient to warrant a reversal of the judgment.

ERROR to the Circuit Court of St. Clair county; the Hon. WILLIAM H. SNYDER, Judge, presiding. Opinion filed April 2, 1880.

Mr. CHARLES W. THOMAS, for plaintiff in error.

Mr. J. M. HAMILL and Messrs. G. & G. A. KOERNER, for defendant in error.

PER CURIAM. While there is error to be found in this record, yet we are of the opinion it is of such character as does not require the reversal of the judgment of the circuit court.

We are satisfied from the evidence there is no liability on the part of Cloud to the Railway Company, and that there can in no event be a recovery for the use of Rice.

The judgment is affirmed

Affirmed.